# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DEOGRATIAS CHILAMBO,

Appellant,

v.

JESSICA RENEE CHILAMBO,

Appellee.

No. 2D2023-0226

_____

May 17, 2024

Appeal from the Circuit Court for Hillsborough County; Lindsay M. Alvarez, Judge.

Neil E. Polster of Polster Law Firm, Tampa, for Appellant.

Dezerae M. Betancourt of Faith Legal Aid, Tampa, for Appellee.


PER CURIAM.

   Affirmed.


KELLY, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.